# United States Court of Appeals
## For the First Circuit

Nos. 20-1108
     20-1194

KYLE WATKINS,

Petitioner, Appellant,

v.

SEAN MEDEIROS, Superintendent,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on June 10, 2022, is amended as follows:

On page 6, footnote 3, last line, replace "girlfriends'" with "girlfriend's".

On page 9, line 2, insert "the" between "on" and "right".

On page 21, line 12, replace "S. Ct." with "U.S."